JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, | Case No. CV 21-3257 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES PRESS, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge